AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Reginald Witcher, as Administrator Ad Litem
for the Estate of Eloise Witcher,
Plaintiff

V.

MEDTRONIC ~~CORPORATION~~ INC,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:07CV989-mef

TO: (Name and address of Defendant)

Medtronic ~~Corporation~~ INC
710 Medtronic Parkway
Minneapolis, MN 55432-5604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reginald Witcher, Pro Se
P.O. Box 960854
Riverdale, GA  30296
404-484-3207

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                          11/6/07

CLERK                                                      DATE

_(signature)_

(By) DEPUTY CLERK