IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY _____ DIVISION

REGINALD WITCHER, Pro Se  )
_____, )
        Plaintiff,        )
                          )
v.                        )  CASE NO. 2:07-CV-00989-MEF
                          )
MEDTRONIC, INC.           )
_____  )
        Defendants,       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Reginald Witcher  , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |

11/13/2007
Date

(Signature)

Reginald Witcher, Pro Se
(Counsel's Name)

As Administrator Ad Litem for the Estate of Eloise Witcher

Counsel for (print names of all parties)
Post Office Box 960854
Riverdale, Georgia 30296
Address, City, State Zip Code
(404) 484-3207
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

I, Reginald Witcher, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of November 20 07, to:

MEDTRONIC, INC.

710 Medtronic Parkway

Minneapolis, MN 55432-5604

11/13/2007
Date

Signature