**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**Reginald Witcher, as Administrator Ad**
**Litem for the Estate of Eloise Witcher,**

          **Plaintiff,**

**v.**

**Medtronic, Inc.,**

          **Defendant.**

CIVIL ACTION NO.

2:07 CV 989-MEF

**DEFENDANT MEDTRONIC, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Middle District of Alabama's General Order No. 3047 and Federal Rule of

Civil Procedure 7.1, Defendant Medtronic, Inc. states as follows:

(1)      Medtronic, Inc. is a publicly traded corporation;

(2)      Medtronic, Inc. has no parent corporation; and

(3)      No publicly held corporation own more than 10% of Medtronic, Inc.'s stock.

DATED:  November 21, 2007.

                      **s/ Frederick G. Helmsing, Jr**
                      Edward S. Sledge, III, Esq.
                      Frederick G. Helmsing, Jr.
                      McDowell, Knight, Roedder & Sledge, LLC
                      63 South Royal Street Suite 900
                      Post Office Box 350
                      Mobile, Alabama  36601
                      Tel:  (251) 431-8803
                      Fax:  (251) 432-5303

and

Lori G. Cohen
Greenberg Traurig, LLP
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
Tel: (678) 553-2100
Fax: (678) 553-2212

*Counsel for Medtronic, Inc. and
Medtronic USA, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this 21st day of November, 2007 filed the foregoing Corporate

Disclosure Statement with the Clerk of the Court and served the same in accordance with the

District Court's Rules on Electronic Service.

<u>**s/FREDERICK G. HELMSING, JR.**</u>
Federal Bar No.: HEL014
McDowell Knight Roedder & Sledge, LLC
63 South Royal Street, Suite 900
Post Office Box 350
Mobile, Alabama 36602
T: 251-432-5300
F: 251-432-5302
fhelmsing@mcdowellknight.com