IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Reginald Witcher, as Administrator Ad Litem for the Estate of Eloise Witcher, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-989-MEF |
| Medtronic, Inc., | ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Reginald Witcher filed the present complaint as the Administrator Ad Litem for the Estate of Eloise Witcher. Plaintiff is not represented by counsel. The statute permitting *pro se* appearances in federal court applies only to those parties conducting their own cases and not to those parties who seek to represent the interests of others. *See* 28 U.S.C. § 1654; *Devine v. Indian River County Sch. Bd.*, 121 F.3d 576 (11th Cir. 1997); *Shepherd v. Wellman*, 313 F.3d 963 (6th Cir. 2002); *Pridgen v. Andresen*, 113 F.3d 391, 393 (2nd Cir. 1997) ("[A]n administratrix or executrix of an estate may not proceed *pro se* when the estate has beneficiaries and creditors other than the litigant."). Thus, Plaintiff must obtain counsel in order to continue with the prosecution of this matter.

Accordingly it is hereby ORDERED as follows:

(1) On or before April 14, 2008, Plaintiff shall have an attorney enter a notice of appearance in this case.

(2) Plaintiff is advised that failure to have an attorney enter a notice of appearance by April 14, 2008 may cause this action to be DISMISSED without prejudice for failure to appear through counsel.

Done this the 13th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE